No. 71–5860.  PINO ET AL. *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5896.  TENNANT *v.* OHIO.  C. A. 6th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5947.  ERENYI *v.* FITZHARRIS, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5960.  BROWN *v.* SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6225.  DOSTAL ET AL. *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6227.  MAYFIELD *v.* UNITED STATES; and
No. 71–6236.  WHITLOCK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6239.  JOE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6280.  ROSENTHAL *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6363.  CAROLINE *v.* REICHER ET AL.  Ct. App. Md.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.